FILED
February 23, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____SAJ_____
        Deputy

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

Case No. 7:22-CR-00039

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) ARMANDO GAEL GALICIA<br>AKA LUIS MORENO-GONZALEZ<br>(2) JOSE DIEGO TERCERO-<br>GONZALEZ<br>(3) JOSE ALFREDO ANDRES-<br>ESTEBAN<br>(4) ERICK GONSALEZ-FERNANDEZ<br>AKA DIESEL<br>(5) GERONIMA JAIMES-RIOS<br><br>Defendants | **INDICTMENT**<br><br>COUNT 1: 8 U.S.C. § 1324 – Conspiracy to Transport and Harbor Illegal Aliens for Private Financial Gain and Resulting in Death |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**[8 U.S.C. § 1324]**

That from on or about April 1, 2021, until on or about August 23, 2021, in the Western District of Texas and elsewhere, the Defendants,

(1) ARMANDO GAEL GALICIA AKA LUIS MORENO-GONZALEZ,
(2) JOSE DIEGO TERCERO-GONZALEZ,
(3) JOSE ALFREDO ANDRES-ESTEBAN,
(4) ERICK GONSALEZ-FERNANDEZ AKA DIESEL, and
(5) GERONIMA JAIMES-RIOS,

knowing and in reckless disregard of the fact that certain aliens, including M.A.R.C., S.L.T., T.R.P., D.P.R., C.O.L.C, C.L.L., G.G.Q, and S.E.Z., had come to, entered and remained in the United States in violation of law, did combine, conspire, confederate, and agree together with each

1

other, and with others known and unknown to the Grand Jury, to transport and move said aliens within the United States in furtherance of such violation of law, and to harbor, conceal and shield said aliens from detection, which actions were done for the purpose of commercial advantage and private financial gain, and which resulted in the death of a person, namely M.A.R.C., contrary to Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(iii), in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iv).

A TRUE BILL

[signature redacted]

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: /s/ Young For
John A. Fedock
Assistant United States Attorney

By: /s/ Young For
Shane A. Chriesman
Assistant United States Attorney